UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FRANCARL REALTY CORP.

                Plaintiff,

                -against-

THE TOWN OF EAST HAMPTON,

                Defendant.
-------------------------------------------------------X

**MEMORANDUM AND ORDER**

CV 05-1792

(Wexler, J.)

WEXLER, District Judge:

    Presently before the court is a Report and Recommendation ("R&R") of the assigned Magistrate Judge, James Orenstein. The R&R recommends that this matter be reassigned to Judge Feuerstein, pursuant to Local Civil Rules 50.3 and 50.4.

    The Report and Recommendation is dated July 7, 2004 and was filed on the Court's ECF system as of that date. The time to file objections having passed without receipt of such objections, the R&R is hereby adopted. The R&R is hereby adopted and the Clerk of the Court is directed to reassign this matter to Judge Feuerstein.

SO ORDERED

                                                  LEONARD D. WEXLER
                                                  UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       August 10, 2005